# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILEY TOLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. CIV-13-1025-F |
| ) | |
| JEFFERY TROUTT, D.O., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Report and Recommendation of the Magistrate Judge Shon T. Erwin, denying leave to proceed without pre-payment of the filing fee, is before the court. Doc. no. 5. The plaintiff has now paid the filing fee as ordered by the Magistrate Judge. Doc. no. 7. Accordingly, the Report and Recommendation is **ADOPTED** with respect to denial of leave to proceed in forma pauperis, and it is otherwise moot. This matter is referred back to the Magistrate Judge for all purposes consistent with the original referral. The Magistrate Judge's attention is directed to the requests from the plaintiff included within the plaintiff's letter of transmittal at doc. no. 6.

DATED October 7, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1025p001.wpd