# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILEY TOLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-1025-F |
| ) | |
| JEFFERY TROUTT, D.O., and ) | |
| KATRYNA FRECH in her Individual ) | |
| and Official Capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Magistrate Shon T. Erwin's Supplemental Report and Recommendation of September 30, 2014, is before the court. Doc. no. 52 (the Supplemental Report). No objection to the Supplemental Report has been filed. After review, the court finds that no further analysis is necessary and that all of the recommendations included in the Supplemental Report should be, and hereby are, **ACCEPTED**, **ADOPTED** and **AFFIRMED**. In accordance with those recommendations, doc. no. 22 is **DENIED** as moot; and doc. no. 51 (which continues to pend before the magistrate judge) is **CONSTRUED** in the manner stated in the Supplemental Report. This action remains referred to the magistrate judge.

Dated this 31st day of October, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1025p003.wpd